```
BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com
```

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME                    CASE NO.: 3:08-CV-01184 SI
1

|   |   |
|---|---|
| IT IS SO ORDERED: | Honorable Susan Illston<br>United States District Court<br><br>_____ |

AGREED TO:


By: /s/ Annette Gifford_____         By: /s/ John A. Mason_____
    J. Nelson Thomas (*pro hac vice*)            Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)           Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)              John A. Mason
    THOMAS & SOLOMON LLP                          GURNEE & DANIELS LLP
    693 East Avenue                               2240 Douglas Blvd, Suite 150
    Rochester, NY  14607                          Roseville, CA 95648
    Telephone:  585-272-0540                      Telephone:  916-797-3100
    Facsimile:  585-272-0574                      Facsimile:  916-797-3131

    Robert M. Bodzin, State Bar No. 201327        Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

[PROPOSED] ORDER EXTENDING TIME          CASE NO.:  3:08-CV-01184 SI