1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM HELM, DEBORAH PRISE,           )   No.  CV 08-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )   [PROPOSED] ORDER CONTINUING
13                                         )   DATE FOR CASE MANAGEMENT
                                           )   CONFERENCE
14              Plaintiffs,                )
15      vs.                                )
                                           )
16 ALDERWOODS GROUP, INC.,                 )
                                           )
17              Defendants.                )
18 _____ )

19      Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010
20 date for the Case Management Conference in this matter is hereby vacated and the Case
21 Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of
22 this Court.

23      **IT IS SO ORDERED.**
24
25 Dated:_____         _____
                                      Honorable Susan Illston
26                                    United States District Court
27

28 [PROPOSED] ORDER CONTINUING DATE FOR
   CASE MANAGEMENT CONFERENCE                                                              1
   Case No.:  CV 08-01184 SI